**Order entered April 25, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00289-CV

**ERICA ROSE, Appellant**

**V.**

**CHRIS WASH, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 109502-CC2**

## ORDER

Before the Court is appellant's April 20, 2022 unopposed motion for a thirty-day extension of time to file her brief. Appellant explains the extension is necessary because the parties are "actively participating in settlement negotiations."

We **GRANT** the motion and **ORDER** appellant to file, no later than May 24, 2022, a motion to dismiss, her brief, or a status report.

/s/     CRAIG SMITH
        JUSTICE